| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicole | Elizabeth | Fitzpatrick |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey
(State)

Case number: 20-20317-ABA

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 4060.00 |
|---|---|
| Claimant's Name: | Seymour Wasserstrum, Esquire |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br><br>Phone number: 856-696-8300<br>Email address: MyLawyer7@aol.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

3. **Supporting Documentation**

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

4. **Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of New Jersey
> Peter Rodino Federal Building
> 970 Broad Street, Suite 700
> Newark, New Jersey   07102

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: August 11, 2021 | Date: |
| Signature of Applicant *(signed)* | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: Seymour Wasserstrum | Printed Name of Co-Applicant (if applicable): |
| Address: Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360 | Address: |
| Telephone: 856-696-8300 | Telephone: |
| Email: MyLawyer7@Aol.com | Email: |

Form 1340    Application for Payment of Unclaimed Funds    Page 2